ANU BHARDWAJ

                                            Plaintiff(s)

- against -

Index # 08-CV-6059 (BATTS)

DEBORA A. GUTHRIE, ETAL

Purchased July 2, 2008

                                        Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DAWN M. NIOLA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 3, 2008 at 10:10 AM at

152 EAST 74TH STREET
NEW YORK, NY10021

deponent served the within SUMMONS AND COMPLAINT on CAPITOL HEALTH MANAGEMENT CORPORATION therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to GINA SANTINO personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 30 | 5'4 | 145 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: July 3, 2008

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | **DAWN M. NIOLA** |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1259082 |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 465400 |
| Qualified in New York County | Qualified In New York County | Qualified in New York County | |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728