UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X

ANU BHARDWAJ,

       Plaintiff,

-against-

DEBORA A. GUTHRIE, JOSEPH F. KELLY, JR., ESQUIRE, CAPITOL HEALTH ADVISORS, LP, CAPITOL HEALTH GLOBAL, INC., CAPITOL HEALTH GLOBAL, LLC, CAPITOL HEALTH, INC., CAPITOL HEALTH CONSULTANTS, INC., CAPITOL HEALTH MANAGEMENT COMPANY LLC, CAPITOL HEALTH MANAGEMENT CORPORATION, CAPITOL HEALTH PARTNERS, LP, CAPITOL HEALTH MANAGEMENT COMPANY II, INC., CAPITOL HEALTH PARTNERS III, LP, CAPITOL HEALTH ADVISORS III, LLC, CAPITOL HEALTH MANAGEMENT COMPANY III, INC., ABC CORPORATIONS, XYZ PARTNERSHIPS/LIMITED PARTNERSHIPS, JANE DOE AND RICHARD ROE,

       Defendants.

------------------------------------- X

08 CV 6059 (DAB)

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that Defendants' time to answer, move against, or otherwise respond to, Plaintiff's Complaint filed on July 2, 2008 in the above-captioned action is extended to August 18, 2008. Defendants do not waive any defenses or objections to the Complaint.

Dated: July 22, 2008

DUFFY & ATKINS, LLP

By: /s/ Todd E. Duffy
Todd E. Duffy
Seven Penn Plaza, Suite 420
New York, New York
Tel: (212) 268-2685
Fax: (212) 500-7972
tduffy@duffyandatkins.com

Attorneys for Plaintiff

Dated: July 18, 2008

DECHERT LLP

By: /s/ Jonathan D. Perry
Jonathan D. Perry
1095 Avenue of the Americas
New York, New York 10036
Tel: (212) 698-3500
Fax: (212) 698-3599
jonathan.perry@dechert.com

Attorneys for Defendants

SO ORDERED.

Dated: New York, New York
       July 29, 2008

/s/ Deborah A. Batts
HONORABLE DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE