UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

――――――――――――――――――――――――X

ANU BHARDWAJ,

        Plaintiff,

    v.

DEBORA A. GUTHRIE, JOSEPH F. KELLY, JR., ESQUIRE, CAPITOL HEALTH ADVISORS, LP, CAPITOL HEALTH GLOBAL, INC., CAPITOL HEALTH GLOBAL, LLC, CAPITOL HEALTH, INC., CAPITOL HEALTH CONSULTANTS, INC., CAPITOL HEALTH MANAGEMENT COMPANY LLC, CAPITOL HEALTH MANAGEMENT CORPORATION, CAPITOL HEALTH PARTNERS, LP, CAPITOL HEALTH MANAGEMENT COMPANY II, INC., CAPITOL HEALTH PARTNERS III, LP, CAPITOL HEALTH ADVISORS III, LLC, CAPITOL HEALTH MANAGEMENT COMPANY III, INC., ABC CORPORATIONS, XYZ PARTNERSHIPS/LIMITED PARTNERSHIPS, JANE DOE AND RICHARD ROE,

        Defendants.

――――――――――――――――――――――――X

08-cv-6059(dab)

MOTION TO ADMIT
COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Todd E. Duffy, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of :

        Paul H. Hulsey
        Hulsey Law Group
        Charleston Harbor
        2 Wharfside 3
        Charleston, South Carolina 29401
        Tel:   (843) 723-5303
        Fax:  (843) 723-5307

Paul H. Hulsey is a member in good standing of the Bars of the States of South Carolina and Kansas. *See* Exhibit A, annexed hereto. There are no pending disciplinary

proceedings against Paul H. Hulsey in any State or Federal court. In addition, Paul H. Hulsey was admitted *pro hac vice* in a case pending before this Court, captioned *Ovesen v. Mitsubishi et al.*, Civil Case No. 04-cv-02849 (JGK), on February 26, 2008.

Dated: July 29, 2008  
      New York, New York

Respectfully submitted,

DUFFY & ATKINS LLP

_____  
Todd E. Duffy (TD-9863)  
Seven Penn Plaza, Suite 420  
New York, New York 10001  
Tel:   (212) 268-2685  
Fax:   (212) 500-7972

# EXHIBIT A

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Daniel E. Shearouse, Clerk of the Supreme Court of South Carolina, do hereby certify that Paul H. Hulsey was duly sworn and admitted as an attorney in this state on May 7, 1990, and is currently an active member of the South Carolina Bar.

DANIEL E. SHEAROUSE, CLERK

BY _____
DEPUTY CLERK FOR BAR ADMISSIONS

Columbia, South Carolina

July 17, 2008

# The Supreme Court of Kansas



# Certificate of Good Standing

I, **Carol G. Green**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on September 15, 1976,

## PAUL H. HULSEY

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

**ACTIVE STATUS**

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 15th day of July, 2008.

_Carol G. Green_
*Clerk of the Supreme Court of Kansas*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

| | |
|---|---|
| ANU BHARDWAJ, | 08-cv-6059(dab) |
| Plaintiff, | AFFIDAVIT OF TODD E. DUFFY IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |
| v. | |
| DEBORA A. GUTHRIE, JOSEPH F. KELLY, JR., ESQUIRE, CAPITOL HEALTH ADVISORS, LP, CAPITOL HEALTH GLOBAL, INC., CAPITOL HEALTH GLOBAL, LLC, CAPITOL HEALTH, INC., CAPITOL HEALTH CONSULTANTS, INC., CAPITOL HEALTH MANAGEMENT COMPANY LLC, CAPITOL HEALTH MANAGEMENT CORPORATION, CAPITOL HEALTH PARTNERS, LP, CAPITOL HEALTH MANAGEMENT COMPANY II, INC., CAPITOL HEALTH PARTNERS III, LP, CAPITOL HEALTH ADVISORS III, LLC, CAPITOL HEALTH MANAGEMENT COMPANY III, INC., ABC CORPORATIONS, XYZ PARTNERSHIPS/LIMITED PARTNERSHIPS, JANE DOE AND RICHARD ROE, | |
| Defendants. | |

_____X

**Todd E. Duffy**, being duly sworn hereby deposes and says as follows:

1. I am a member of the law firm of Duffy & Atkins LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Paul H. Hulsey as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bars of the State of New York and New Jersey and was admitted to practice law in New York in 2000 and in New Jersey in 1999. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Paul H. Hulsey, a member of the Hulsey Law Group, since 2007 and have found him to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure. In addition, Paul H. Hulsey has been admitted *pro hac vice* in a matter pending before the Court, captioned *Ovesen v. Mitsubishi et al.*, Civil Case No. 04-cv-02849 (JGK).

4. Accordingly, I am pleased to move the admission of Paul H. Hulsey, *pro hac vice.*

5. I respectfully submit a proposed order granting the admission of Paul H. Hulsey, *pro hac vice*, which is attached hereto as Exhibit A.

**WHEREFORE** it is respectfully requested that the motion to admit Paul H. Hulsey, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Respectfully submitted,

Dated: August 5, 2008
New York, New York

_____
Todd E. Duffy (TD-9863)

Sworn before me this
5th day of August, 2008

_____
Notary Public

SUSAN D. DUFFY
Notary Public, State of New York
No. 02DU6168953
Qualified in Queens County
Commission Expires June 18, 2011

2

# EXHIBIT A

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANU BHARDWAJ                    Plaintiff,

                                                    08   cv   6059   ( dab )

- against -

DEBORA A. GUTHRIE, ET AL.    Defendant.    **ORDER FOR ADMISSION**
                                                                        **PRO HAC VICE**
                                                                        **ON WRITTEN MOTION**

Upon the motion of  Todd E. Duffy    attorney for  Plaintiff Anu Bhardwaj

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:   Paul H. Hulsey

Firm Name:   Hulsey Law Group

Address:   2 Wharfside 3

City/State/Zip:   Charleston, South Carolina 29401

Telephone/Fax:   (843) 723-5303

Email Address:   phulsey@hulseylitigationgroup.com

is admitted to practice pro hac vice as counsel for  Plaintiff Anu Bhardwaj  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006

DUFFY & ATKINS LLP
Seven Penn Plaza, Suite 420
New York, New York 10001
Todd E. Duffy (TD 9863)
James E. Atkins (JA 4922)
Dennis J. Nolan (DN 0853)
*Attorneys for Anu Bhardwaj*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

ANU BHARDWAJ,                                                              08-cv-6059 (dab)

       Plaintiff,

   v.                                                                                       **AFFIDAVIT OF SERVICE**

DEBORA A. GUTHRIE, JOSEPH F. KELLY, JR.,
ESQUIRE, CAPITOL HEALTH ADVISORS, LP,
CAPITOL HEALTH GLOBAL, INC., CAPITOL
HEALTH GLOBAL, LLC, CAPITOL HEALTH,
INC., CAPITOL HEALTH CONSULTANTS, INC.,
CAPITOL HEALTH MANAGEMENT COMPANY
LLC, CAPITOL HEALTH MANAGEMENT
CORPORATION, CAPITOL HEALTH PARTNERS,
LP, CAPITOL HEALTH MANAGEMENT
COMPANY II, INC., CAPITOL HEALTH
PARTNERS III, LP, CAPITOL HEALTH ADVISORS
III, LLC, CAPITOL HEALTH MANAGEMENT
COMPANY III, INC., ABC CORPORATIONS,
XYZ PARTNERSHIPS/LIMITED PARTNERSHIPS,
JANE DOE AND RICHARD ROE,

       Defendants.

------------------------------------------------------------------x

STATE OF NEW YORK   )
                            : ss.:
COUNTY OF NEW YORK )

      SASHA L. MARTIN, being duly sworn and deposed says:

      1.  I am not a party to this action, am over eighteen years of age and reside in Bronx, New York.

      2.  That on the 5th day of August, 2008, I caused a true and correct copy of the following:

          • Motion To Admit Paul H. Hulsey as Counsel *Pro Hac Vice*;

- Affidavit Of Todd E. Duffy In Support Of Motion To Admit Paul H. Hulsey as Counsel *Pro Hac Vice*; and
- Order For Admission *Pro Hac Vice* On Written Motion.

to be served by United States postal mail, postage prepaid upon those parties listed on Exhibit A.

Jonathan D. Perry, Esq.
Dechert LLP
1095 Avenue of the Americas
New York, New York 10036
*Attorneys for Defendants*

Dated: August 5, 2008
      New York, New York

Sasha L. Martin

Sworn to before me this
5th day of August, 2008

Todd E. Duffy

TODD ERIC DUFFY
Notary Public, State of New York
No. 02DU6047594
Qualified in New York County
Commission Expires Sept. 5, 2010