SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANU BHARDWAJ            Plaintiff,

- against -

DEBORA A. GUTHRIE, ET AL.    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 11, 2008

08  cv  6059  (dab)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Todd E. Duffy   attorney for Plaintiff Anu Bhardwaj

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Cherie K. Durand |
| Firm Name: | Hulsey Law Group |
| Address: | 2 Wharfside 3 |
| City/State/Zip: | Charleston, South Carolina 29401 |
| Telephone/Fax: | (843) 723-5303 |
| Email Address: | chdurand@hulseylitigationgroup.com |

is admitted to practice pro hac vice as counsel for Plaintiff Anu Bhardwaj in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: August 11, 2008
City, State: New York, New York

*Deborah A. Batts*
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $       SDNY RECEIPT#
SDNY Form Web 10/2006