SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: Aug 11, 2008

ANU BHARDWAJ                    Plaintiff,

                                              08   cv   6059   ( dab )

   - against -

DEBORA A. GUTHRIE, ET AL.       Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Todd E. Duffy    attorney for Plaintiff Anu Bhardwaj

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:   Paul H. Hulsey

Firm Name:          Hulsey Law Group

Address:            2 Wharfside 3

City/State/Zip:     Charleston, South Carolina 29401

Telephone/Fax:      (843) 723-5303

Email Address:      phulsey@hulseylitigationgroup.com

is admitted to practice pro hac vice as counsel for  Plaintiff Anu Bhardwaj  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: Aug 11, 2008
City, State: New York, New York

*Deborah A. Batts*
United States District/Magistrate Judge

FOR OFFICE USE ONLY:  FEE PAID $_____   SDNY RECEIPT#_____
SDNY Form Web 10/2006